45 A.3d 403

**Terry KUEHNER, Appellant**

v.

**DEPARTMENT OF CORRECTION'S STAFF AT SCI MERCER 801 BUTLER PIKE, 16137 Education Department, Mr. Davis and Principal Grievance Coordinator—Warden Thompson Deputy Aubel—Deputy Mahlmeister Secretary's Office Camp Hill—Dorina Varner Grievance's of Appeals P.O. Box 598, 2520 Lisburn Road Camp Hill, PA 17001–0598, Appellees.**

**No. 92 MAP 2011.**

Supreme Court of Pennsylvania.

May 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**